**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

FRED LEE HOGAN,                                                                 PLAINTIFF
ADC #79894

v.                                         5:08-cv-00169-SWW-JTK

RAY HOBBS, et al.                                                              DEFENDANTS

<u>**ORDER**</u>

     This matter is before the Court on the Defendants' Motion for Summary Judgment (Doc. No.

38).   As of this date, Plaintiff has not responded to the Motion.   Accordingly,

     IT IS, THEREFORE, ORDERED that Plaintiff shall file a response to Defendants' Summary

Judgment Motion within ten (10) days of the date of this Order.   Failure to file a Response may

result in the dismissal of Plaintiff's Complaint, without prejudice, pursuant to Local Rule 5.5(c)(2).

     IT IS SO ORDERED this 23rd day of September,  2010.


_____
   JEROME T. KEARNEY
   UNITED STATES MAGISTRATE JUDGE