# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

FRED LEE HOGAN,                                                                                                          PLAINTIFF
ADC #79894

VS.                    CASE NO. 5:08-cv-00169-SWW-JTK

RAY HOBBS, et al.                                                                      DEFENDANTS

## ORDER

The Court has received proposed findings and recommendations from United States Magistrate Judge Jerome T. Kearney. After a review of those proposed findings and recommendations, and the timely objections received thereto, as well as a de novo review of the record, the Court adopts them in their entirety. Accordingly,

IT IS, THEREFORE, ORDERED that Defendants' Motion for Summary Judgment (Doc. No 38) is hereby GRANTED, and Plaintiff's Complaint against Defendants is DISMISSED with prejudice.

An appropriate Judgment shall accompany this Order.

IT IS SO ORDERED this 18th day of October 2010.


                                                                  /s/Susan Webber Wright
                                          UNITED STATES DISTRICT JUDGE