# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

FRED LEE HOGAN,                                                                            PLAINTIFF
ADC #79894

VS.                         CASE NO. 5:08-cv-00169-SWW-JTK

RAY HOBBS, et al.                                                                        DEFENDANTS

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is Considered, Ordered and Adjudged that this case be, and it is hereby, DISMISSED with prejudice. The relief sought is denied.

IT IS SO ADJUDGED this 18th day of October 2010.


                                                        /s/Susan Webber Wright
                                                 UNITED STATES DISTRICT JUDGE